IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PORTIA BEATRICE FULFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 2:25-cv-390-TFM-MU |
| | ) |
| GM FINANCIAL, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On December 9, 2025, the Magistrate Judge entered a report and recommendation which recommends the motion to remand (Doc. 8) be denied, the motion to compel arbitration and to dismiss (Doc. 3) be granted in part and denied in part. *See* Doc. 17. No objections were filed.

Accordingly, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED**. Therefore, it is **ORDERED** as follows:

(1) the motion to remand (Doc. 8) is **DENIED**;

(2) The Motion to Compel Arbitration and to Dismiss (Doc. 3) is **GRANTED in part** and **DENIED in part**;

    a. The motion is granted as to compelling arbitration

    b. The motion is denied as to dismissal. Rather, the case is **STAYED** pending arbitration.

**DONE** and **ORDERED** this 29th day of January, 2026.

                                                          /s/Terry F. Moorer
                                                          TERRY F. MOORER
                                                          UNITED STATES DISTRICT JUDGE